■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. TITUS HAYNES, Appellant, v DALE ARTUS, as Superintendent of Clinton Correctional Facility, Respondent. [855 NYS2d 382]—Appeal from a judgment of the Supreme Court (Feldstein, J.), entered March 22, 2007 in Clinton County, which denied petitioner's application for a writ of habeas corpus, in a proceeding pursuant to CPLR article 70, without a hearing.

Petitioner commenced this proceeding pursuant to CPLR article 70 for a writ of habeas corpus alleging that the documentation purporting to authorize the execution of his sentence is insufficient. Supreme Court denied the application without a hearing and we affirm. The record contains a document entitled "sentence and order of commitment," which satisfies the statutory requirements (*see* CPL 380.60). Inasmuch as it is evident that a valid judgment of conviction was entered, petitioner's challenge to the denomination of the documentation authorizing his incarceration is unavailing (*see People ex rel. Harris v Lindsay*, 21 AD2d 102, 106 [1964], *affd* 15 NY2d 751 [1965]; *see also Matter of Frazier v Greene*, 10 AD3d 743, 743 [2004]). Accordingly, petitioner's application was properly denied without a hearing.

Cardona, P.J., Spain, Rose, Lahtinen and Malone Jr., JJ., concur. Ordered that the judgment is affirmed, without costs.